FILED

JAMES J. VILT, JR. - CLERK

APR 03 2026

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF KENTUCKY**

**PADUCAH DIVISION**

| | |
|---|---|
| **JEFFREY D. MAJOR** | **PLAINTIFF** |
| **v.** | Civil Action No. 5:26CV-96-BJB |
| **JOHN DOE 1 a/k/a "NATALIE HAYES," et al.,**<br>**Address Unknown** | **DEFENDANTS** |

**and**

**JOHN DOE 2 a/k/a "COF GLOBOL"**
**Address Unknown**

**and**

**JOHN DOES 3 to25**
**Address Unknown**

---

### COMPLAINT

#### *(ACTION ON A JUDGMENT)*

---

Plaintiff, **Jeffrey D. Major**, proceeding pro se, for his Complaint against Defendants, states as follows:

### I. PARTIES

1. Plaintiff, **Jeffrey D. Major**, is an individual residing at 17000 North Madisonville Road, Crofton, Kentucky 42217.

2. Defendant, **John Doe 1 a/k/a "Natalie Hayes"** are individuals or entities whose true identities and addresses are presently unknown to Plaintiff but may be served once identified.

3. Defendant, **John Doe 2 a/k/a "COF GLOBOL"** are individuals or entities whose true identities and addresses are presently unknown to Plaintiff but may be served once identified.

4. Defendant, **John Does 3 to 25** are individuals or entities whose true identities and addresses are presently unknown to Plaintiff but may be served once identified.

## II. JURISDICTION AND VENUE

5. This Court has subject matter jurisdiction pursuant to **28 U.S.C. § 1332(a)** because there is complete diversity of citizenship between Plaintiff and Defendant(s), and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

6. Defendants listed as **John Doe 1 a/k/a "Natalie Hayes," et al.**, are fictitious names, and their true identities and addresses are presently unknown to Plaintiff. Upon information and belief, these Defendant(s) may be located internationally. Plaintiff reserves the right to amend this Complaint to identify and serve the real Defendant(s) when such information becomes available.

7. Venue is proper in this Court pursuant to **28 U.S.C. § 1391(b)** because the underlying judgment was entered in the Christian County Circuit Court, and because enforcement of the judgment may involve collection from custodians of assets located outside this District and outside the United States, including Binance and related entities.

8. This Court is a proper forum for this action to enforce the Judgment and related post-judgment orders because Plaintiff resides in this District, the Judgment was entered

in this District, and substantial parts of the events giving rise to this action occurred here.

## III. FACTUAL ALLEGATIONS

9. On **July 2, 2025,** Plaintiff obtained a valid and final judgment against Defendant in the **Christian County Circuit Court**, Case No. **25-CI-00218** (the "Judgment") in the amount of **$14,959,860.17**, plus interest accruing at a rate of **6% per annum**. A certified copy of the Judgment is attached hereto as **Exhibit A.**

10. The Judgment is final, enforceable, and remains unsatisfied in whole.

11. Subsequent orders were issued by the Christian County Circuit Court directing and authorizing the collection of the Judgment from the custodian of assets, which includes BINANCE HOLDINGS LIMITED, BINANCE, BAM MANAGEMENT CO. LIMITED, BAM MANAGEMENT US HOLDINGS, AND BAM TRADING SERVICES INC. d/b/a BINANCE.US (collectively, "BINANCE"): NON-PARTY CUSTODIAN IN POSSESSION OF JUDGMENT ASSETS. These orders are attached as **Exhibits B, C, and D** and affect the amount and enforceability of the Judgment.

12. Plaintiff has also attached, as **Exhibit E,** an affidavit/certificate documenting Defendant's nonpayment.

13. Defendant has failed and refused to satisfy the Judgment and the custodian of the Judgment assets has been deliberately uncooperative and defiant of the these orders.

14. Plaintiff brings this action to enforce the Judgment and obtain a federal judgment recognizing the same.

## IV. COUNT I – ACTION ON A JUDGMENT

15. Plaintiff incorporates the preceding paragraphs as if fully set forth herein.

16. The Judgment entered by the **Christian County Circuit Court** is valid, final, and entitled to full faith and credit.

17. Defendant is indebted to Plaintiff in the amount of the Judgment, together with accrued interest at 6% per annum and costs, as documented in **Exhibits A–E**.

## V. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that the Court:

A. Enter judgment in favor of Plaintiff and against Defendant in the amount of the state court Judgment, including accrued interest at 6% per annum;

B. Recognize and enforce the subsequent orders related to collection from custodians of assets, including Binance and related entities, as detailed in **Exhibits B–D**;

C. Award costs associated with this action;

D. Grant such other and further relief as the Court deems just and proper.

## VI. JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.

## VII. EXHIBIT TABLE

| Exhibit | Document | Date | Issued By | Relevance/Purpose |
|---|---|---|---|---|
| A | Certified Copy of Final Judgment Case 25-CI-00218 | July 2, 2025 | Christian County, KY Circuit Court, Division II | Establishes Plaintiff's right to recover $14,959,860.17 plus 6% interest; forms the core judgment to be enforced. |
| B | Post-Judgment Order - Order for Post-Judgment Enforcement and Turnover, and Appointment of Technical Recovery Expert | March 10, 2026 | Christian County, KY Circuit Court, Division II | Established value of Judgment in Bitcoin, authorized collection of assets, and established a court supervised enforcement process |
| C | Post-Judgment Execution Order | March 19, 2026 | Christian County, KY Circuit Court Clerk | Authorized the Chrisitan County Sherrif to secure the Judgment Assets from Binance |
| D | Post-Judgment Order – Order for Civil Contempt and Coercive Sanctions Against Non-Party Custodian Binance | March 31, 2026 | Christian County, KY Circuit Court, Division II | Found Binance if Civil Contempt of Court and issued Coercive Sanctions against Binance. |
| E | Affidavit of Non-Payment | April 3, 2026 | Plaintiff | Demonstrates Defendant has not satisfied the Judgment, supporting Plaintiff's request for federal enforcement. |

Respectfully submitted,

_____ /s/ Jeffrey D. Major _____

Jeffrey D. Major, Pro Se
17000 North Madisonville Road
Crofton, KY 42217
Phone: (270) 484-0830
Fax: (270) 424-8300
Email: jeffreyd.major@gmail.com