Entered       25-CI-00218    07/02/2025          Paige Parker, Christian Circuit Clerk

**EXHIBIT A**

COMMONWEALTH OF KENTUCKY
CHRISTIAN CIRCUIT COURT
DIVISION II
CASE NO. 25-CI-00218

JEFFREY MAJOR                                                   PLAINTIFF

v.

JOHN DOE 1 a/k/a "NATALIE HAYES," *et al.*                      DEFENDANT

---

### JUDGMENT

---

This matter is before the Court on the Motion for Default Judgment filed by Plaintiff Jeffrey Major against Defendants John Doe 1 a/k/a "Natalie Hayes" ("Hayes") and John Doe 2 a/k/a "COF Globol" ("COF") (collectively, the "Defendants"). Per Civil Rule 4.08 and applicable law, the Defendants are deemed to be constructively summoned 30 days after the entry of a warning order. The record reflects that the Defendants' deadline to file an Answer was May 9, 2025, and the Defendants have failed to answer or otherwise respond to the Complaint. The Court being in all ways sufficiently advised finds Plaintiff's Motion to be well-taken and is GRANTED.

Pursuant to Civil Rule 55.01, Plaintiff is granted Judgment against the Defendants, jointly and severally, in the sum of **$14,959,860.17 USD**, plus interest accruing at a rate of 6% per annum from the date of this Judgment. This amount shall immediately be withdrawn from the account(s) at Biance for which Defendant controls and/or has access to bearing the digital wallet address bc1qm34lsc65zpw79lxes69zkqmk6ee3ewf0j77s3h and be delivered to Plaintiff.

**IT IS SO ORDERED.**

Dated: _____

JUDGE JOHN L. ATKINS
electronically signed
7/2/2025 1:26:05 PM CT

_____
Judge, Christian Circuit Court

**Copies to:**
Counsel and parties of record

JD : 000001 of 000002

Entered        25-CI-00218    07/02/2025        Paige Parker, Christian Circuit Clerk

Tendered by:

Todd V. McMurtry (#82101)
J. Will Huber (#99339)
HEMMER WESSELS MCMURTRY, PLLC
250 Grandview Drive, Suite 500
Ft. Mitchell, Kentucky 41017
Phone: (859) 344-1188
Fax: (859) 578-3869
tmcmurtry@hemmerlaw.com
whuber@hemmerlaw.com

*Trial Attorneys for Plaintiff*
*Jefferey Major*

AS CLERK OF THE CHRISTIAN CIRCUIT/DISTRICT
COURT I DO CERTIFY THAT THIS IS A TRUE AND
CORRECT COPY OF THE ORIGINAL ENTERED OF
RECORD IN MY OFFICE IN CHRISTIAN COUNTY,
KENTUCKY THIS _____ 4/2/26 _____
PAIGE PARKER, CHRISTIAN CIRCUIT CLERK
BY_____ M. Wort _____D.C.

2

Entered        25-CI-00218    07/02/2025        Paige Parker, Christian Circuit Clerk

JD : 000002 of 000002