| | | |
|---|---|---|
| AOC-135   Doc. Code: EX<br>Rev. 6-14<br>Page 1 of 2<br>Commonwealth of Kentucky<br>Court of Justice www.courts.ky.gov<br>KRS 426.020; 427.010; 427.030 | <br>**EXECUTION FORM** | Case No. **25-CI-00218**<br>Court **CIRCUIT**<br>County **CHRISTIAN**<br>Division **DIV II** |

Jeffrey D. Major

V.

John Doe 1 a/k/a "Natalie Hayes,", et.al.

FILED
PAIGE PARKER, CLERK    PLAINTIFF

MAR 19 2026

CHRISTIAN COUNTY, KENTUCKY
BY _____ D.C.

DEFENDANT

# EXHIBIT C

IMPORTANT LEGAL NOTICE TO: ___John Doe 1 a/k/a "Natalie Hayes,", et.al.___ ,
Judgment Debtor

The judgment creditor is trying to take and sell the property listed on the attached sheet to satisfy a judgment entered against you. **You may have a right to keep certain property but you must follow these instructions.**

Examples of some of the property you may keep are as follows:

All household furnishings, jewelry and personal clothing worth not more than three thousand dollars ($3,000). This does not include works of art, more than one radio and TV, antiques, and jewelry which is not wedding rings.

One (1) motor vehicle, including one (1) spare tire, worth not more than two thousand five hundred dollars ($2,500).

Tools, equipment and livestock, including poultry, of a person engaged in farming, worth not more than three thousand dollars ($3,000).

Professionally prescribed health aids for you or your dependent.

The tools, worth not more than three hundred dollars ($300), of any individual debtor necessary in his or her trade.

If you believe you are allowed by law to keep your property, you have ten (10) days to ask for a hearing from the clerk of the court which issued this order. The clerk will provide you with Affidavit Form No. AOC-135.1 and tell you when to come back to court for your hearing.

**IF YOU DO NOT REQUEST A HEARING WITHIN**

**TEN (10) DAYS, YOUR PROPERTY MAY BE SOLD.**

CLERK OF THE CHRISTIAN CIRCUIT/DISTRICT COURT I DO CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF THE ORIGINAL ENTERED OF RECORD IN MY OFFICE IN CHRISTIAN COUNTY, KENTUCKY THIS ___4/2/26___
PAIGE PARKER, CHRISTIAN CIRCUIT CLERK
BY ___M. Wood___ D.C.

AOC-135     Doc. Code: EX
Rev. 6-14
Page 2 of 2

### EXECUTION ORDER

The Commonwealth of Kentucky, to the Sheriff of _____ Christian _____ County:

We command you that of the non-exempt property of the estate of John Doe 1 a/k/a "Natalie Hayes,", et.al. held by Binance, Binance.US and/or other related entities
(Defendant/Debtor)

you cause to be made the sum of $ 272.44941 Bitcoin which Jeffrey D. Major
from wallet bc1qm34lsc65zpw79lxes69zkqmk6ee3ewf0j77s3h held by Custodian (Plaintiff / Creditor)

in District or Circuit Court has recovered against him/her for debt, with interest at the rate of ___ 6 ___ %

per annum from March 10, July 2, 2025 and 2026, until paid and also the sum of $ 26.2071476 in court
(Date of judgment)

Bitcoin

cost which the same court ordered to be paid to the Jeffrey D. Major for his/her cost spent
from wallet bc1qm34lsc65zpw79lxes69zkqmk6ee3ewf0j77s3h held by Custodian
to bring the case before the court; and that you have the said sums of money before the court on

_____ March 10 ,2026 _____ , to give to plaintiff his/her debt, interest and costs mentioned above and

to have then and there this writ, but in no event shall any property be sold before the fourteenth (14th) day

following service of this writ upon the defendant.

Witness Clerk of said Court, on _____ 3/19 ,2026 _____
(Issue date)

_____                    _Paige Parker_____ Clerk
Attorney

By: _M. Wood_ D.C.
AS CLERK OF THE CHRISTIAN CIRCUIT/DISTRICT
Jeffrey D. Major, Pro-Se                                  COURT I DO CERTIFY THAT THIS IS A TRUE AND
17000 North Madisonville Road                            CORRECT COPY OF THE ORIGINAL ENTERED OF
Crofton, KY 42217                                        RECORD IN MY OFFICE IN CHRISTIAN COUNTY,
                                                         KENTUCKY THIS 4-2-26
Address                                                  PAIGE PARKER, CHRISTIAN CIRCUIT CLERK
                                                         BY _M. Wood_ D.C.

### SHERIFF'S RETURN

[  ] I delivered notice form to debtor. Property seized was: _____

_____

_____

_____

Date: _____, 2____    Served By: _____

**COPY DISTRIBUTION:**
Notice Form & White Copy to Debtor
Notice Form & Canary Copy to Creditor
Notice Form & Pink Copy to Clerk
Notice Form & Gold Copy to Sheriff