**EXHIBIT E**

COMMONWEATLH OF KENTUCKY

CHRISTIAN CIRCUIT COURT

DIVISION II

CASE NO. 25-CI-00218

JEFFREY D. MAJOR  (pro-se)                                    PLAINTIFF

V.

JOHN DOE 1 a/k/a "NATALIE HAYES," et al.          DEFENDANT

# AFFIDAVIT / CERTIFICATE OF NON-PAYMENT

I, Jeffrey D. Major, being first duly sworn, depose and state as follows:

I am the Plaintiff in the above-captioned matter and the judgment creditor in Case No. 25-CI-00218, entered on July 2, 2025 by the Christian County Circuit Court, Kentucky (the "Judgment").

The Judgment was entered in my favor and against John Doe 1 a/k/a "Natalie Hayes," et al., in the principal amount of $14,959,860.17, with interest accruing at a rate of 6% per annum from the date of the Judgment.

Subsequent orders of the Christian County Circuit Court, including orders directing collection from the custodian of assets, referred to collectively as "Binance", have not resulted in any payment to me.

Despite my demands for payment and the Court's Orders, Defendant's custodian has refused to cooperate and release funds to satisfy the Judgment in whole or in part.

Based on my knowledge and review of the relevant records, the outstanding balance of the Judgment remains unpaid, and interest continues to accrue at 6% per annum.

I make this affidavit in support of my federal complaint seeking recognition and enforcement of the Judgment pursuant to 28 U.S.C. § 1332 and the Full Faith and Credit Clause.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 3rd day of April, 2026

Jeffrey D. Major, Plaintiff (Pro Se)

Sworn to and subscribed before me this 3rd day of April, 2026.

KYNP97274

Notary Public

My Commission Expires: 2/27/2029

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2026, a true and correct copy of the foregoing **Complaint (Action on a Judgment), together with Exhibits A–E**, was served via email to Katherine E. Shepard (katie.shephard@akerman.com), on behalf of her clients, custodians BAM Management Co., Limited, Bame Management U.S. Holdings, and Bam Trading Services, Inc. d/b/a Binance.US

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


**Executed this 3rd day of April, 2026**


_____/s/ Jeffrey D. Major_____

Jeffrey D. Major, Plaintiff (Pro Se)

17000 North Madisonville Road

Hopkinsville, KY 42240

[Phone Number]

[Email Address]